IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOLLY ANN MONTGOMERY, individually
and on behalf of all others similarly situated** **PLAINTIFF**

v. CAUSE NO. 1:16CV17-LG-RHW

**SINGING RIVER HEALTH SYSTEM
FOUNDATION, et al.** **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

Pursuant to the Order Dismissing Claims Against Certain Defendants With Prejudice, which is entered herewith, the plaintiff Dolly Ann Montgomery's claims against the following defendants are dismissed with prejudice: Singing River Health System Foundation (also known as Singing River Hospital System), Singing River Health Services Foundation, Singing River Hospital System Foundation, Singing River Hospital System Employee Benefit Fund, Inc., the Board of Trustees for the Singing River Health System, and Jackson County, Mississippi.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the plaintiff Dolly Ann Montgomery's claims against Singing River Health System Foundation (also known as Singing River Hospital System), Singing River Health Services Foundation, Singing River Hospital System Foundation, Singing River Hospital System Employee Benefit Fund, Inc., the Board of Trustees for the Singing River Health System, and Jackson County, Mississippi, are **DISMISSED WITH PREJUDICE**.

**IT IS, FURTHER, ORDERED AND ADJUDGED** that there is no just reason for delay and that this judgment will constitute a final judgment pursuant to

Fed. R. Civ. P. 54(b). Montgomery's claims against KPMG, LLP, and Transamerica Retirement Solutions Corporation are not affected by this judgment and will remain pending.

**SO ORDERED AND ADJUDGED** this the 6th day of July, 2016.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE